868

No. 310. Central Electric & Gas Co. *v.* Mattson, Administrator, et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Max Kier* for petitioner. *Robert A. Nelson* for respondents.

No. 311. Sorrentino *v.* United States. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *David Berger* and *Thomas D. McBride* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell,* and *Robert S. Erdahl* for the United States.

No. 312. Zanzonico *v.* Zanzonico, Executor, et al. Supreme Court of New Jersey. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Frank B. Bozza* for petitioner. *Ward J. Herbert* for respondents.

No. 314. Pacific-Atlantic Steamship Co. et al. *v.* United States. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Robert S. Erskine* and *Leonard J. Matteson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *John R. Benney* for the United States.

No. 315. American Eastern Corp. *v.* McCarthy. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Thomas E. Byrne, Jr.* for petitioner.